**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*June 16, 2020*
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. |
| | § | |
| vs. | § | **4:20-cr-259** |
| | § | |
| JORGE RANGEL CHARLES | § | **UNDER SEAL** |
| and | § | |
| ANDREA MARIE VASQUEZ, | § | |
| Defendants. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

**Title 18, United States Code, Sections 641, 2
Aiding and Abetting Theft of Government Property**

On or about May 26, 2020, in the Houston Division of the Southern District of Texas,

JORGE RANGEL CHARLES
and
ANDREA MARIE VASQUEZ,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly embezzle, steal, purloin, and convert to their use or the use of another, a thing of value of the United States or of any department or agency thereof, to wit: the Naval Criminal Investigative Service,

government property, to wit: a 2019 Chevrolet Tahoe; a Colt, MK-18, fully automatic rifle; a Colt, M-4, fully automatic rifle; a Knights armament suppressor; night vision optics for a sniper rifle; and two (2) ballistic vests marked "Special Agent NCIS" on the back and "Police" on the front, all of which have a value greater than $1,000.

In violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL

Signature on file

———————————————————
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: ———————————————————
HEATHER RAE WINTER
Assistant United States Attorney